3 So.3d 441 (2009)
Leonardo GONZALEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D07-3216.
District Court of Appeal of Florida, Third District.
March 4, 2009.
Carlos J. Martinez, Public Defender, and Gwendolyn Powell Braswell, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.
Before RAMIREZ, WELLS, and SALTER, JJ.
*442 PER CURIAM.
Affirmed. See Reeves v. State, 957 So.2d 625 (Fla.2007).